(127 So. 918)

## Walker COKER v. STATE.
### 7 Div. 625.

Court of Appeals of Alabama.
March 4, 1930.

Rehearing Denied March 25, 1930.

C. A. Wolfes, of Ft. Payne, for appellant.

Charlie C. McCall, Atty. Gen., for the State.

RICE, J.

The court has read the entire evidence in this case, sitting en banc. We are of the opinion, and hold, that the same was sufficient to sustain the verdict of the jury and the judgment rendered thereon. There is no other question apparent worthy of discussion.

We find no prejudicial error anywhere, either in the bill of exceptions, or the record proper, and the judgment of conviction must be, and is, affirmed.

Affirmed.

(125 So. 919)

## Clyde COLLINS v. STATE. (8 Div. 901.)

Court of Appeals of Alabama. Jan. 28, 1930.

BRICKEN, P. J. Appeal dismissed.

(122 So. 921)

## R. C. (alias Robert) CONNER v. STATE.
### (6 Div. 533.)

Court of Appeals of Alabama. April 30, 1929.

SAMFORD, J. Appeal dismissed.

(122 So. 921)

## M. A. COOK v. STATE. (6 Div. 548.)

Court of Appeals of Alabama. April 30, 1929.

RICE, J. Affirmed.

(122 So. 921)

## Lenox COOPER v. STATE. (6 Div. 609.)

Court of Appeals of Alabama. April 30, 1929.

SAMFORD, J. Affirmed.

(121 So. 920)

## Leonard COOPER v. STATE. (7 Div. 596.)

Court of Appeals of Alabama. April 16, 1929.

BRICKEN, P. J. Appeal dismissed on motion of appellant.

(119 So. 919)

## J. W. CORNELIUS v. NELSON REAL ESTATE & INVESTMENT CO. (6 Div. 466.)

Court of Appeals of Alabama. Jan. 22, 1929.

K. E. Cooper, of Birmingham, for appellant.

Robert G. Messer, of Birmingham, for appellee.

PER CURIAM. Appeal dismissed by consent of the parties.

(125 So. 919)

## Mrs. Clifton COSHATT v. STATE.
### (7 Div. 599.)

Court of Appeals of Alabama. Jan. 21, 1930.

RICE, J. Appeal dismissed.

(125 So. 919)

## J. W. COST v. STATE. (6 Div. 668.)

Court of Appeals of Alabama. Dec. 10, 1929.

RICE, J. Affirmed.